# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REINA WOOD-JIMENEZ, | ) |
| Plaintiff, | ) Case No. 2:18-cv-02344-APG-CWH |
| vs. | ) **ORDER** |
| DMV NEVADA, | ) |
| Defendant. | ) |

Presently before the court is plaintiff Reina Wood-Jimenez's application to proceed *in forma pauperis* (ECF No. 1), filed on December 11, 2018.

Also before the court is Wood-Jimenez's motion for appointment of counsel (ECF No. 3), filed on December 17, 2018.

Wood-Jimenez's application to proceed *in forma pauperis* is incomplete. Specifically, Wood-Jimenez does not provide a "yes" or "no" answer to each of the questions regarding her sources of income in question three of the application. The court therefore will deny the application to proceed *in forma pauperis* without prejudice for Wood-Jimenez to re-file a complete application or to pay the filing fee. The court also will deny the motion for appointment of counsel without prejudice for Wood-Jimenez to re-file the motion after the issue of the filing fee has been resolved.

IT IS THEREFORE ORDERED that plaintiff Reina Wood-Jimenez's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the clerk of court must send Wood-Jimenez the approved form application for a non-inmate to proceed *in forma pauperis*, as well as the accompanying instruction packet.

IT IS FURTHER ORDERED that by January 18, 2019, Wood-Jimenez must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1;[1] or (2) pay the full $400 fee for a civil action, which includes the $350 filing fee and the $50 administrative fee. Wood-Jimenez is advised that failure to comply with this order will result in a recommendation that her case be dismissed.

IT IS FURTHER ORDERED that Wood-Jimenez's motion for appointment of counsel (ECF No. 3) is DENIED without prejudice.

DATED: December 18, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

---

[1] LRS 1-1 refers to the court's local rule on applications to proceed *in forma pauperis*. The court's local rules may be accessed on the court's website, https://www.nvd.uscourts.gov/court-information/rules-and-orders/