# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REINA WOOD-JIMENEZ, | Case No.: 2:18-cv-02344-APG-DJA |
| Plaintiff | **Order Denying Request for Immediate Relief** |
| v. | [ECF No. 8] |
| DMV, | |
| Defendant | |

Plaintiff Reina Wood-Jimenez filed a "request for immediate relief." ECF No. 8. It is unclear what Ms. Wood-Jimenez is requesting, but it appears she is seeking what is akin to summary judgment in that she wants "validation" that a breath interlock device was not ordered against her and "money to clean up all the paperwork" she apparently is facing. *Id.* at 2. As so construed, the request is premature as it was filed before the complaint was officially filed in the court docket and before the defendant was served with process.

IT IS THEREFORE ORDERED that the plaintiff's "request for immediate relief" **(ECF No. 8) is denied** without prejudice.

DATED this 10th day of September, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE